# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 12-171 consolidated with 12-172

**STATE IN THE INTEREST OF B.J.G.B., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 23106 C/W 24075
HONORABLE GUY ERNEST BRADBERRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIMRED.**

**Stephen A. Berniard, Jr.**
**Raggio, Cappel, Chozen & Berniard**
**P. O. Box 820**
**Lake Charles, LA 70601**
**Telephone: (337) 436-9481**
**COUNSEL FOR:**
    **Appellee - State of Louisiana, Office of CommunityServices**

**Nicholas Pizzolatto, Jr.**
**Louisiana Department of Children & Family Services**
**4250 5th Avenue**
**Lake Charles, LA 70607**
**Telephone: (337) 475-3037**
**COUNSEL FOR:**
    **Appellee – Louisiana Department of Children & Family Services**

**Ronald Augustin Rossitto**
**District Attorney – 14th Judicial District Court**
**P. O. Box 3206**
**Lake Charles, LA 70602**
**Telephone: (337) 437-3400**
**COUNSEL FOR:**
    **Appellee - State of Louisiana**

**James Wade Smith**
**P. O. Box 1706**
**Lake Charles, LA 70602**
**Telephone: (337) 436-8424**
**COUNSEL FOR:**
     **Appellant - J. J. B. (Father)**

**Douglas K. Hall**
**1011 Lakeshore Drive – Suite 316**
**Lake Charles, LA 70601**
**Telephone: (337) 564-6722**
**COUNSEL FOR:**
     **Appellee - J. M. B. (Mother)**

**Mark Semien**
**One Lakeside Drive, Suite 1585**
**Lake Charles, LA 70601**
**COUNSEL FOR:**
     **Appellees - B. J. B. (child), D. W. B. (child), and S. C. B. (child)**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State in the Interest of B.J.G.B., et al.*, 12-172 (La.App. 3 Cir __/__/12), __So.3d __, the trial court's judgment terminating J.J.B., Jr.'s parental rights to B.J.G.B., D.W.B., and S.C.B. is affirmed.

**AFFIRMED**.